**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**FRANCIS GRANDINETTI,**                                                        **PLAINTIFF**

**V.**                                                       **NO. 2:05CV240-P-D**

**NORTHWEST MISSISSIPPI REGIONAL**
**MEDICAL CENTER, ET AL,**                                    **DEFENDANTS**

## ORDER DENYING MOTION FOR INJUNCTION

This *pro se* conditions of confinement case was dismissed on December 27, 2005. Before the court is a pleading filed January 17, 2006, entitled "Plaintiff's Pro Se Motion for an Order and Injunction" (docket entry 18). Since the case is no longer before the court the motion is moot. Additionally, the motion is identical to the motion filed by plaintiff on December 14, 2005 (docket entry 14), which was denied in the order dismissing the complaint (docket entry 17). Grandinetti was barred on November 21, 2005, from filing *pro se in forma pauperis* pleadings in this court under the "three strike" provision of the Prison Litigation Reform Act, but continues to inundate this court with several pleadings every week. Accordingly, it is

**ORDERED:**

1) the motion "for an order and injunction" is denied;

2) plaintiff is ordered to submit nothing further in this matter unless it pertains to an appeal; and

3) any further submissions by plaintiff in this case not related to an appeal will be neither filed, acknowledged, nor addressed by the court.

THIS the 23rd day of January, 2006.

                                                                         /s/ W. Allen Pepper, Jr.
                                                                         W. ALLEN PEPPER, JR.
                                                                         UNITED STATES DISTRICT JUDGE