IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**FRANCIS GRANDINETTI,**                                                             **PLAINTIFF**

**V.**                  **NO. 2:05CV240-P-D**

**NORTHWEST MISSISSIPPI REGIONAL
MEDICAL CENTER, ET AL,**                                               **DEFENDANTS**

## ORDER DENYING MOTION TO AMEND COMPLAINT

This *pro se* conditions of confinement case was dismissed without prejudice on December 27, 2005, pursuant to Rule 41(b), Federal Rules of Civil Procedure, for failure to prosecute and for failure to comply with an order of the court. Before the court is a motion to amend the complaint (Docket entry 16). Plaintiff still has not complied with the order of the court, and since the case has been dismissed the motion is moot. Accordingly, it is **denied**.

**SO ORDERED**, this the 26th day of January, 2006.

                                                 /s/ W. Allen Pepper, Jr.
                                                 W. ALLEN PEPPER, JR.
                                                 UNITED STATES DISTRICT JUDGE