IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

FRANCIS GRANDINETTI, II                                                                    PLAINTIFF

V.                                                                    CIVIL ACTION NO.2:05CV240-P-D

NORTHWEST MISSISSIPPI REGIONAL
MEDICAL CENTER, et al.                                                                    DEFENDANTS

## ORDER DENYING MOTION

The Defendants, out of an abundance of caution, responding to Plaintiff's continuing service of pleadings, have filed a motion to dismiss this action (Doc. 26). Because this action has already been dismissed by this court, and the appeal dismissed by the Fifth Circuit Court of Appeals, this case is closed and the motion is DENIED as moot.

SO ORDERED this the 20th day of December, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE